**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7663

BRIAN DAVID STREBE,

                    Petitioner – Appellant,

          v.

GENE  M.  JOHNSON,  Director  of  Virginia  Department  of
Corrections,

                    Respondent - Appellee.

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  Virginia,  at  Alexandria.   T.S.  Ellis,  III,  Senor
District Judge.  (1:10-cv-00704-TSE-TRJ)

Submitted:  March 15, 2012          Decided:  March 20, 2012

Before DUNCAN and FLOYD, Circuit Judges,  and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Brian  David  Strebe,  Appellant  Pro  Se.  Benjamin  Hyman  Katz,
Assistant Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian David Strebe seeks to appeal the district court's order denying his Fed. R. Civ. P. 60(b) motion for reconsideration of the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2006); Reid v. Angelone, 369 F.3d 363, 369 (4th Cir. 2004). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Strebe has not made the requisite showing. Accordingly, we deny Strebe's motions for a certificate of appealability and dismiss the appeal. We dispense with oral

argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED